**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PAULINE BRAXTON,

Plaintiff,

vs.

CHRISTOPHER T. HANSON, Chair of
The Nuclear Regulatory Commission,

Defendant .

CIVIL ACTION FILE

NO. 1:20-cv-01126-AJB

## J U D G M E N T

This action having come before the court, Honorable Alan J. Baverman, United States Magistrate Judge, for consideration of defendant's motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 31st day of January, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ Traci Clements Campbell
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 31, 2022
KEVIN P. WEIMER
Clerk of Court

By: s/Traci Clements Campbell
Deputy Clerk